Prob12B
D/NV Form
Rev. Mar. 2007



✓ FILED      ___ RECEIVED
___ ENTERED   ___ SERVED ON
             COUNSEL/PARTIES OF RECORD

MAR - 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# United States District Court

for

the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**March 8, 2011**

**Name of Offender:**  __CODY CHICO HARNEY__

Case Number:  __3:97-cr-121-ECR-RAM__

Name of Sentencing Judicial Officer:  __Honorable Edward C. Reed Jr.__

Date of Original Sentence:  __January 25, 1999__

Original Offense:  __Assault with a Dangerous Weapon__

Original Sentence:  __151 months imprisonment with 5 year term of supervised release__

Date Supervision Commenced:  __Pending March 10, 2011__

### PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **Residential Re-Entry Center - You shall reside at and participate in the program of a residential re-entry center for a period of six months as approved and directed by the probation officer.**

### CAUSE

On March 10, 2011, Harney will release from the Bureau of Prisons after completing his 151 month sentence. Currently, Harney has no release address and therefore he is requesting placement in a residential re-entry center for a period of six (6) months. We are in agreement with this request.

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: CODY CHICO HARNEY**

Respectfully submitted,

*/s/ Todd E. White*

TODD E. WHITE
Senior United States Probation Officer

---

### THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

**✓** **The modification of conditions as noted above**

_____ Other

*Edward C. Reed*
Signature of Judicial Officer

March 8, 2011
Date

CPROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada
## Case #: CR-N-97-121-ECR(RAM)

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I, **Cody Chico Harney**, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Reside in Residential Re-entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of six months as approved and directed by the probation officer.

Witness _____ Signed _____
U.S. Probation Officer                            Probationer or Supervised Releasee

3-04-2011
Date